**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Randy Paul Angelle
Boyer, Hebert, Abels & Angelle
401 East Mills Avenue
Breaux Bridge LA 70517

Christi M. Roy Hemphill
Boyer, Hebert, Abels & Angelle
401 East Mills
Breaux Bridge LA 70517

Charles G. Fitzgerald
Cox Fitzgerald, L.L.C.
113 West Convent Street
Lafayette LA 70501


**REHEARING ACTION: January 23, 2013**


**Docket Number: 12   00767-JAC consolidated with 768-CA**

**IN RE: PETITION OF K.A.T. and D.M.G., ETC.**

**Appealed from Lafayette Parish Case No. A-20080037 C/W C-20103279**


<u>**BEFORE JUDGES**</u>**:**

    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kimberlee Anne Talbot and Duke Matthew Guidroz** has this

day been

    **DENIED.**


cc: Bradley Richard, Unknown Attorney Type
    Diane Sorola, Counsel for the Appellee